B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Oregon | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Fagerdala USA - Lompoc, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-0198977** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**11560 SW 67th Avenue, Suite 200W**<br>**Portland, OR**<br>ZIP Code **97223** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Washington** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **1017 West Central Avenue**<br>**Lompoc, CA 93436** |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Fagerdala USA - Lompoc, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) — Page 3

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Fagerdala USA - Lompoc, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Douglas R. Pahl OSB**
Signature of Attorney for Debtor(s)

**Douglas R. Pahl OSB #950476**
Printed Name of Attorney for Debtor(s)

**Perkins Coie LLP - Portland**
Firm Name

**1120 NW Couch Street**
**10th Floor**
**Portland, OR 97209-4128**
Address

**503-727-2000  Fax: 503-727-2222**
Telephone Number

**August 14, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Rex Hansen**
Signature of Authorized Individual

**Rex Hansen**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 14, 2014**
Date

## ACTION TAKEN BY SHAREHOLDER AND
## BOARD OF DIRECTORS OF
## FAGERDALA USA - LOMPOC, INC.

WHEREAS, the undersigned member of the Board of Directors has been appointed by the sole shareholder of Fagerdala USA – Lompoc, Inc., a California corporation, (the "Corporation") in accordance with the California Corporations Code (the "Code"), and desires to take the action hereinafter set forth without a duly and legally called meeting;

WHEREAS, the Code and the Corporation's bylaws provide that any action which may be taken at a meeting of shareholders may be taken without a meeting, provided that the minimum shareholder consent for any action is set forth in writing; and

WHEREAS, the Code and the Corporation's bylaws provides that any action which may be taken at a meeting of Directors may be taken without a meeting, provided that the Directors unanimously consent in writing to such action;

WHEREAS, the purpose of this action is to authorize the Corporation to attempt to reorganize its financial affairs and to seek protection under Chapter 11 of the Bankruptcy Code;

NOW, THEREFORE, the undersigned, who constitute all of the Directors and Shareholders of the Corporation, unanimously adopt the following resolutions:

RESOLVED, that the Corporation is experiencing severe economic and financial challenges. Specifically, a loan owed by the Corporation has matured, and the lender has scheduled a non-judicial foreclosure sale of real property and improvements owned by the Corporation. The undersigned find it is in the best interest of the Corporation to file bankruptcy under Chapter 11 of the Bankruptcy Code.

RESOLVED FURTHER that Rex Hansen, John Ballinger, Judy Henry and Brenda Baker, as officers of the Corporation, and each of them, are authorized to do, or cause to be done, all such acts or things, and to make, execute and deliver or cause to be made, executed and delivered, all such documents, instruments and certificates in the name and on behalf of the Corporation, or otherwise, as in their discretion they deem may be necessary, desirable or appropriate to in the bankruptcy filing.

RESOLVED FURTHER that the Corporation engages the law firm of Perkins Coie, LLP to represent the Corporation in the bankruptcy filing and such law firm is authorized to make, execute and file all such documents and court filings in the name and on behalf of the Corporation in the bankruptcy filing.

The execution of this consent shall constitute a written waiver of any defect at any time, manner, or content of any notice required by the Code, the Company's Articles of Incorporation, or Bylaws.

EFFECTIVE DATE: August 11, 2014.

DIRECTOR:

_____
Rex Hansen, Director

SHAREHOLDER:

MAXWELL MORGAN, LLC

_____
By: Rex Hansen
Its: Manager

Page 1 – ACTION BY THE BOARD OF DIRECTORS

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Oregon

In re  **Fagerdala USA - Lompoc, Inc.**                                    Case No.  **14-34642**
                                       Debtor(s)                            Chapter  **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __15__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August 14, 2014**                     Signature  **/s/ Rex Hansen**
                                                         **Rex Hansen**
                                                         **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Oregon

In re  **Fagerdala USA - Lompoc, Inc.**

Debtor(s)

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Maxwell Morgan, LLC**<br>**11560 SW 67th Ave., Suite 200W**<br>**Portland, OR 97223** | **Nicholas Henderson**<br>**Motschenbacher & Blattner LLP**<br>**117 SW Taylor Street, Suite 200**<br>**Portland, OR 97204-3793** | **Loan** | | **6,475,102.92** |
| **County of Santa Barbara Treasurer-Tax Collector**<br>**P.O. Box 579**<br>**Santa Barbara, CA 93102-0579** | **County of Santa Barbara Treasurer-Tax Collector**<br>**P.O. Box 579**<br>**Santa Barbara, CA 93102-0579** | **Taxes** | | **121,391.78** |
| **Lee & Associates**<br>**1616 Chapala Street, Suite 1**<br>**Santa Barbara, CA 93101** | **Lee & Associates**<br>**1616 Chapala Street, Suite 1**<br>**Santa Barbara, CA 93101** | **Professional Services** | | **50,000.00** |
| **JB Dixon Engineering**<br>**200 E. Laurel Ave.**<br>**Lompoc, CA 93436** | **JB Dixon Engineering**<br>**200 E. Laurel Ave.**<br>**Lompoc, CA 93436** | **Trade Vendor** | | **5,497.50** |
| **Kurtz North America**<br>**1779 Pilgrim Road**<br>**Plymouth, WI 53073** | **Kurtz North America**<br>**1779 Pilgrim Road**<br>**Plymouth, WI 53073** | **Trade Vendor** | | **4,976.01** |
| **Central Plastics & Mfg**<br>**11565 SW 67th Ave., Suite 200W**<br>**Portland, OR 97223** | **Central Plastics & Mfg**<br>**11565 SW 67th Ave., Suite 200W**<br>**Portland, OR 97223** | **Trade Vendor** | | **1,355.20** |
| **J & L Industrial Supply**<br>**Box 382070**<br>**Pittsburgh, PA 15250-8070** | **J & L Industrial Supply**<br>**Box 382070**<br>**Pittsburgh, PA 15250-8070** | **Trade Vendor** | | **1,058.92** |
| **Hydrex Pest Control**<br>**101 Cuyama Ln.**<br>**Nipomo, CA 93444** | **Hydrex Pest Control**<br>**101 Cuyama Ln.**<br>**Nipomo, CA 93444** | **Trade Vendor** | | **594.00** |
| **Elias Enterprises, Inc.**<br>**19028 San Jose Ave, Unit F**<br>**Rowland Heights, CA 91748** | **Elias Enterprises, Inc.**<br>**19028 San Jose Ave, Unit F**<br>**Rowland Heights, CA 91748** | **Trade Vendor** | | **582.96** |
| **Federal Express Freight East**<br>**Dept LA, PO Box 21415**<br>**Pasadena, CA 91185-1415** | **Federal Express Freight East**<br>**Dept LA, PO Box 21415**<br>**Pasadena, CA 91185-1415** | **Trade Vendor** | | **340.21** |
| **Culligan Water**<br>**700 West Cook St.**<br>**Santa Maria, CA 93458** | **Culligan Water**<br>**700 West Cook St.**<br>**Santa Maria, CA 93458** | **Trade Vendor** | | **305.88** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Fagerdala USA - Lompoc, Inc.**　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Secretary of State-VN Statement of Information Unit POB 944230 Sacramento, CA 94244-2300** | **Secretary of State-VN Statement of Information Unit POB 944230 Sacramento, CA 94244-2300** | **Trade Vendor** | | **295.00** |
| **DHL Express (USA), Inc. 16592 Collections Center Dr. Chicago, IL 60693** | **DHL Express (USA), Inc. 16592 Collections Center Dr. Chicago, IL 60693** | **Trade Vendor** | | **285.20** |
| **CT Corporation P.O. Box 4349 Carol Stream, IL 60197-4349** | **CT Corporation P.O. Box 4349 Carol Stream, IL 60197-4349** | **Trade Vendor** | | **284.00** |
| **API Waste Services P.O. Box 5754 Santa Maria, CA 93456** | **API Waste Services P.O. Box 5754 Santa Maria, CA 93456** | **Trade Vendor** | | **270.00** |
| **Bremer Auto Parts 1100 North St. Lompoc, CA 93436** | **Bremer Auto Parts 1100 North St. Lompoc, CA 93436** | **Trade Vendor** | | **253.38** |
| **T & S Die Cutting 13301 Alondra Blvd. Santa Fe Springs, CA 90670** | **T & S Die Cutting 13301 Alondra Blvd. Santa Fe Springs, CA 90670** | **Trade Vendor** | | **231.00** |
| **McMaster-Carr Supply Co. POB 7690 Chicago, IL 60680-7690** | **McMaster-Carr Supply Co. POB 7690 Chicago, IL 60680-7690** | **Trade Vendor** | | **198.24** |
| **Zalco Industries, Inc. 4309 Amour Ave. Bakersfield, CA 93308-4573** | **Zalco Industries, Inc. 4309 Amour Ave. Bakersfield, CA 93308-4573** | **Trade Vendor** | | **143.00** |
| **Federal Express P.O. Box 7221 Pasadena, CA 91109-7321** | **Federal Express P.O. Box 7221 Pasadena, CA 91109-7321** | **Trade Vendor** | | **110.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　　I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date　**August 14, 2014**　　　　　　　　　Signature　　**/s/ Rex Hansen**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Rex Hansen**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
**District of Oregon**

In re    **Fagerdala USA - Lompoc, Inc.**                        Case No.    **14-34642**
                                              Debtor(s)                   Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 14, 2014**                    **/s/ Rex Hansen**
                                                             **Rex Hansen**/**President**
                                                             Signer/Title

API Waste Services
P.O. Box 5754
Santa Maria, CA 93456


Bremer Auto Parts
1100 North St.
Lompoc, CA 93436


Central Plastics & Mfg
11565 SW 67th Ave., Suite 200W
Portland, OR 97223


County of Santa Barbara
Treasurer-Tax Collector
P.O. Box 579
Santa Barbara, CA 93102-0579


CT Corporation
P.O. Box 4349
Carol Stream, IL 60197-4349


Culligan Water
700 West Cook St.
Santa Maria, CA 93458


Den Mat Holdings, LLC
2727 Skyway Drive
Santa Maria, CA 93455


DHL Express (USA), Inc.
16592 Collections Center Dr.
Chicago, IL 60693


Elias Enterprises, Inc.
19028 San Jose Ave, Unit F
Rowland Heights, CA 91748


Federal Express
P.O. Box 7221
Pasadena, CA 91109-7321


Federal Express Freight East
Dept LA, PO Box 21415
Pasadena, CA 91185-1415

Hydrex Pest Control
101 Cuyama Ln.
Nipomo, CA 93444


J & L Industrial Supply
Box 382070
Pittsburgh, PA 15250-8070


JB Dixon Engineering
200 E. Laurel Ave.
Lompoc, CA 93436


Kurtz North America
1779 Pilgrim Road
Plymouth, WI 53073


Larry G. Ivanjack, Esq.
Parker Milliken
555 S. Flower Street, 30th Fl.
Los Angeles, CA 90071-2440


Lee & Associates
1616 Chapala Street, Suite 1
Santa Barbara, CA 93101


MarksNelson CPA
1310 East 104th St., Suite 300
Kansas City, MO 64131


Maxwell Morgan, LLC
11560 SW 67th Ave., Suite 200W
Portland, OR 97223


McMaster-Carr Supply Co.
POB 7690
Chicago, IL 60680-7690


Nicholas Henderson
Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 20
Portland, OR 97204-3793

Pacific Western Bank
Attn: Jorge Suarez
444 S. Flower St., Suite 1400
Los Angeles, CA 90071


Santa Barbara Public Works
POB 90942
Santa Barbara, CA 93190-0942


Secretary of State-VN
Statement of Information Unit
POB 944230
Sacramento, CA 94244-2300


Southern California Gas Co.
P.O. Box C
Monterey Park, CA 91756


T & S Die Cutting
13301 Alondra Blvd.
Santa Fe Springs, CA 90670


Todd J. Tiberi, CAO
Den Mat Holdings, LLC
2727 Skyway Drive
Santa Maria, CA 93455


Tom Davidson
Lee & Associates
1616 Chapala Street, Suite 1
Santa Barbara, CA 93101


Zalco Industries, Inc.
4309 Amour Ave.
Bakersfield, CA 93308-4573