# United States Bankruptcy Court
## District of Oregon

In re  **Fagerdala USA - Lompoc, Inc.**                                      Case No.  **14-34642-tmb11**
                                  Debtor(s)                                 Chapter    **11**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Fagerdala USA - Lompoc, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Maxwell Morgan, LLC**
**11560 SW 67th Avenue**
**Portland, OR 97223**

☐ None [*Check if applicable*]


**August 14, 2014**                              **/s/ Douglas R. Pahl**
Date                                              **Douglas R. Pahl OSB #950476**
                                                  Signature of Attorney or Litigant
                                                  Counsel for  **Fagerdala USA - Lompoc, Inc.**
                                                  **Perkins Coie LLP - Portland**
                                                  **1120 NW Couch Street**
                                                  **10th Floor**
                                                  **Portland, OR 97209-4128**
                                                  **503-727-2000 Fax:503-727-2222**