B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### District of Oregon

In re  **Fagerdala USA - Lompoc, Inc.**  
Debtor(s)

Case No.  **14-34642**  
Chapter  **11**

## AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Lee & Associates<br>1616 Chapala Street, Suite 1<br>Santa Barbara, CA 93101 | Lee & Associates<br>1616 Chapala Street, Suite 1<br>Santa Barbara, CA 93101 | Professional Services | | 50,000.00 |
| JB Dixon Engineering<br>200 E. Laurel Ave.<br>Lompoc, CA 93436 | JB Dixon Engineering<br>200 E. Laurel Ave.<br>Lompoc, CA 93436 | Trade Vendor | | 5,497.50 |
| Kurtz North America<br>1779 Pilgrim Road<br>Plymouth, WI 53073 | Kurtz North America<br>1779 Pilgrim Road<br>Plymouth, WI 53073 | Trade Vendor | | 4,976.01 |
| J & L Industrial Supply<br>Box 382070<br>Pittsburgh, PA 15250-8070 | J & L Industrial Supply<br>Box 382070<br>Pittsburgh, PA 15250-8070 | Trade Vendor | | 1,058.92 |
| Hydrex Pest Control<br>101 Cuyama Ln.<br>Nipomo, CA 93444 | Hydrex Pest Control<br>101 Cuyama Ln.<br>Nipomo, CA 93444 | Trade Vendor | | 594.00 |
| Elias Enterprises, Inc.<br>19028 San Jose Ave, Unit F<br>Rowland Heights, CA 91748 | Elias Enterprises, Inc.<br>19028 San Jose Ave, Unit F<br>Rowland Heights, CA 91748 | Trade Vendor | | 582.96 |
| Federal Express Freight East<br>Dept LA, PO Box 21415<br>Pasadena, CA 91185-1415 | Federal Express Freight East<br>Dept LA, PO Box 21415<br>Pasadena, CA 91185-1415 | Trade Vendor | | 340.21 |
| Culligan Water<br>700 West Cook St.<br>Santa Maria, CA 93458 | Culligan Water<br>700 West Cook St.<br>Santa Maria, CA 93458 | Trade Vendor | | 305.88 |
| Secretary of State-VN Statement of Information Unit<br>POB 944230<br>Sacramento, CA 94244-2300 | Secretary of State-VN Statement of Information Unit<br>POB 944230<br>Sacramento, CA 94244-2300 | Trade Vendor | | 295.00 |
| DHL Express (USA), Inc.<br>16592 Collections Center Dr.<br>Chicago, IL 60693 | DHL Express (USA), Inc.<br>16592 Collections Center Dr.<br>Chicago, IL 60693 | Trade Vendor | | 285.20 |
| CT Corporation<br>P.O. Box 4349<br>Carol Stream, IL 60197-4349 | CT Corporation<br>P.O. Box 4349<br>Carol Stream, IL 60197-4349 | Trade Vendor | | 284.00 |

B4 (Official Form 4) (12/07) - Cont.
In re  **Fagerdala USA - Lompoc, Inc.**                                    Case No. _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| API Waste Services<br>P.O. Box 5754<br>Santa Maria, CA 93456 | API Waste Services<br>P.O. Box 5754<br>Santa Maria, CA 93456 | Trade Vendor | | 270.00 |
| Bremer Auto Parts<br>1100 North St.<br>Lompoc, CA 93436 | Bremer Auto Parts<br>1100 North St.<br>Lompoc, CA 93436 | Trade Vendor | | 253.38 |
| T & S Die Cutting<br>13301 Alondra Blvd.<br>Santa Fe Springs, CA 90670 | T & S Die Cutting<br>13301 Alondra Blvd.<br>Santa Fe Springs, CA 90670 | Trade Vendor | | 231.00 |
| McMaster-Carr Supply Co.<br>POB 7690<br>Chicago, IL 60680-7690 | McMaster-Carr Supply Co.<br>POB 7690<br>Chicago, IL 60680-7690 | Trade Vendor | | 198.24 |
| Zalco Industries, Inc.<br>4309 Amour Ave.<br>Bakersfield, CA 93308-4573 | Zalco Industries, Inc.<br>4309 Amour Ave.<br>Bakersfield, CA 93308-4573 | Trade Vendor | | 143.00 |
| Federal Express<br>P.O. Box 7221<br>Pasadena, CA 91109-7321 | Federal Express<br>P.O. Box 7221<br>Pasadena, CA 91109-7321 | Trade Vendor | | 110.00 |
| Santa Barbara Public Works<br>PO Box 90942<br>Santa Barbara, CA 93190-0942 | Santa Barbara Public Works<br>PO Box 90942<br>Santa Barbara, CA 93190-0942 | Trade Vendor | | 94.62 |
| MarksNelson CPA<br>1310 East 104th St., Suite 300<br>Kansas City, MO 64131 | MarksNelson CPA<br>1310 East 104th St., Suite 300<br>Kansas City, MO 64131 | Professional Services | | 66.62 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 28, 2014**                        Signature  **/S/ Rex Hansen**
                                                            **Rex Hansen**
                                                            **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                    18 U.S.C. §§  152 and 3571.