UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                      )
                                        ) Case No._____
                                        )
                                        ) REPORT OF
                                        ) ADMINISTRATIVE
                                        ) EXPENSES
Debtor(s)                    )

The undersigned certifies that:

      1. The total court costs due to the CLERK'S office are $_____, and will be paid within 10 days of the confirmation order's filing date.

      2. The total costs due to the U.S. TRUSTEE'S office are $_____, and will be paid within 10 days of the confirmation order's filing date.

      3. Description of professional fees and costs which were previously allowed but are unpaid, or which need to be determined:

| Claimant | Amt. Allowed but Unpaid | Amt. Claimed & Not Yet Allowed | Estimate of Additional Amounts which will be Claimed | Describe Any Pymt. Agreement |
|---|---|---|---|---|
| | | | | |

      4. The total estimated amount of debt incurred in the ordinary course of business and currently unpaid, to be paid on normal business terms prior to the plan's effective date, is $_____.

      5. Description of unpaid administrative claims not included in pt. 3 or pt. 4:

| Claimant | Estimated Amount Claimed | Describe Any Pymt. Agreement |
|---|---|---|
| | | |

      6. The undersigned certifies that on _____ a copy of this report was served on the debtor, trustee, their respective attorneys, if any, and the U.S. Trustee.

DATED: _____                                        _____
                                                            SIGNATURE                        (OSB# if attorney)

                                                            _____
                                                            TYPE OR PRINT SIGNER'S NAME

                                                            _____
1182 (12/18/06)                                    SIGNER'S RELATIONSHIP TO CASE