Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re

Fagerdala USA - Lompoc, Inc.,

                    Debtor.

Case No. 14-34642-tmbll

**ORDER GRANTING MOTION TO DESIGNATE VOTES**

THIS MATTER came before the Court on the Motion to Designate Votes (ECF No. 127) (the "Motion") filed by the debtor Fagerdala USA – Lompoc, Inc. ("Debtor"). The Court, having reviewed the Motion, the Debtor's further submissions in support of the Motion, Coastline RE Holdings Corp's Objection to Debtor's Motion to Designate Votes; Memorandum of Points and Authorities; Declaration of Jeffrey A. Goddard (ECF No. 136); Coastline's further submissions in opposition to the Motion; the evidence adduced and the presentations of counsel during hearings before the Court on June 10, 2015, August 25, 2015 and September 1, 2015, and the files and records herein, and based upon the Court's findings of fact and conclusions of law set forth on the record during the September 1, 2015 hearing:

IT IS HEREBY ORDERED:

1. The Motion is GRANTED.

2. The votes cast in relation to the eleven Class 4 unsecured claims purchased by Coastline, identified at ECF Nos. 106 and 109, are hereby designated and disregarded in

PAGE 1- ORDER GRANTING MOTION TO DESIGNATE VOTES

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

114796-0001/LEGAL126399224.1

Case 14-34642-tmb11    Doc 178    Filed 09/09/15

1 connection with calculating votes for plan confirmation purposes.

2 # # #

3 I certify that I have complied with the requirements of LBR 9021-1(a)(2)(B).

4

5 **Presented by:**

6 PERKINS COIE LLP

7 By: /s/ Douglas R. Pahl
   Douglas R. Pahl, OSB No. 950476
8 DPahl@perkinscoie.com
   1120 N.W. Couch Street, Tenth Floor
9 Portland, OR 97209-4128
   Telephone: 503.727.2000
10 Facsimile: 503.727.2222

11 Attorneys for Fagerdala USA -Lompoc, Inc.

12 cc: David K. Eldan
       David W. Hercher
13     M. Vivienne Popperl, U.S. Trustee

PAGE 2- ORDER GRANTING MOTION TO DESIGNATE VOTES

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

114796-0001/LEGAL126399224.1