David K. Eldan, Admitted *Pro Hac Vice*
deldan@pmcos.com
PARKER, MILLIKEN, CLARK, O'HARA &
SAMUELIAN
A Professional Corporation
555 S. Flower St., 30th Floor
Los Angeles, CA 90071-2440
Telephone:     (213) 683-6500

Teresa H. Pearson, P.C., OSB No. 953750
teresa.pearson@millerash.com
David W. Hercher, P.C., OSB No. 812639
dave.hercher@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Fax: 503.224.0155

Attorneys for Appellants Pacific Western Bank and
Coastline RE Holdings Corp.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**FAGERDALA USA – LOMPOC, INC.,**<br><br>Debtor. | Case No. 14-34642-tmb11<br><br>Chapter 11<br><br>**APPELLANTS' STATEMENT OF ISSUES ON APPEAL** |

      Appellants, Pacific Western Bank and Coastline RE Holdings Corp. (together, "Lender-Appellants"), submit the following issues on appeal:

      1.     Did the Bankruptcy Court err when it entered its Order Confirming Fourth Amended Plan of Reorganization?

      2.     Did the Bankruptcy Court err when it entered its Order Granting Motion to Designate Votes?

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
MILLER NASH GRAHAM & DUNN LLP

70053961.1

Case 14-34642-tmb11    Doc 205    Filed 10/06/15

3.      Did the Bankruptcy Court err when it permitted the Debtor-Appellee to reclassify the claims that Lender-Appellant's purchased?

4.      Did the Bankruptcy Court err when it determined that Lender-Appellant's acted in bad faith?  Did the Bankruptcy Court apply incorrect general parameters of law to determine whether Lender-Appellants acted in good faith?  Did the Bankruptcy Court err when it applied those general parameters to Lender-Appellants and the facts of this case?

DATED this 6th day of October, 2015.

PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN
A Professional Corporation
David K. Eldan
Admitted *Pro Hac Vice*

**MILLER NASH GRAHAM & DUNN LLP**


*/s/ Teresa H. Pearson*
Teresa H. Pearson, P.C.
OSB No. 953750,
David W. Hercher, P.C.
OSB No. 812639
dave.hercher@millernash.com
Phone: 503.224.5858
Fax: 503.224.0155

Attorneys for Appellants, Pacific Western Bank and Coastline RE Holdings Corp.

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204
70053961.1

I hereby certify that I served the foregoing Appellants' Statement of Issues on

Appeal on

- DAVID K. ELDAN     malvarado@pmcos.com, efilings@pmcos.com;rpinal@pmcos.com

- DAVID W HERCHER     dave.hercher@millernash.com, Helen.Parker@MillerNash.com;d.hercher@comcast.net

- MILES D MONSON     miles@monsonlawoffice.com

- DOUGLAS R PAHL     dpahl@perkinscoie.com, etherrien@perkinscoie.com;docketpor@perkinscoie.com

- TERESA H PEARSON     teresa.pearson@millernash.com, lisa.conrad@millernash.com;brenda.hale@millernash.com

- ALEX I POUST     apoust@schwabe.com, docket@schwabe.com;ecfpdx@schwabe.com

- US Trustee, Portland     USTPRegion18.PL.ECF@usdoj.gov

by the following indicated method or methods:

☐    by **mailing** full, true, and correct copies thereof in sealed, first-class postage-prepaid envelopes, addressed to the attorneys as shown above, the last-known office addresses of the attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☒    by transmitting full, true, and correct copies thereof to the attorney through the court's **Cm/ECF system** on the date set forth below.

☐    by sending full, true, and correct copies thereof via **overnight courier** in sealed, prepaid envelopes, addressed to the attorneys as shown above, the last-known office addresses of the attorneys, on the date set forth below.

☐    by causing full, true, and correct copies thereof to be **hand-delivered** to the attorneys at the attorneys' last-known office addresses listed above on the date set forth below.

DATED this 6th day of October, 2015.

/s/ Teresa H. Pearson
Teresa H. Pearson, P.C.
Oregon State Bar No. 953750
David W. Hercher, P.C.
Oregon State Bar No. 812639

Of Attorneys for Appellants, Pacific Western Bank and Coastline RE Holdings Corp.

**Page 1 of 1**     Appellants' Statement of Issues on Appeal

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

70053961.1

Case 14-34642-tmb11   Doc 205   Filed 10/06/15