**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re ）
**Fagerdala USA – Lompoc, Inc.** ） Case No. **14–34642–tmb11**
Debtor(s) ）
） NOTICE OF STATUS OF
） TRANSCRIPT ON APPEAL

Please mark ONE below and then file:

__X__ A. A transcript of electronically recorded court proceedings was ordered from: Capri Iverson Reporting
and was ordered on (enter date): September 22, 2015.

Date(s) of Hearings(s): August 25 and September 1, 2015 (June 10, 2015, has already been transcribed)
(NOTE: If partial hearing is ordered, specify which portion.)

_____ B. A transcript of court proceedings NOT electronically recorded was ordered from the court reporter on (enter date):_____.

Date(s) of Hearing(s):_____
(NOTE: If partial hearing is ordered, specify which portion.)

**Instructions for ordering transcriptions are available at www.orb.uscourts.gov under Hearings. If you do not have internet access, please contact the court at 503–326–1500. The requesting party must make satisfactory arrangements for payment of the transcript and costs.**

_____ C. Per Fed. Rule Bankr. P. 8009(b)(1)(B) or 8009(b)(2)(B), I certify that a transcript will NOT be ordered.

_____ D. Any designated transcript is currently on file with the court in Case No:_____.

Dated: October 6, 2015   Signature: /s/ Teresa H. Pearson

Print Name: Teresa H. Pearson, OSB No. 953750

MILLER NASH GRAHAM & DUNN LLP
Attorneys for Appellants Pacific Western Bank and Coastline RE Holdings Corp.